DEN NORSKE AMERIEKALINJE ACTIESSELSKABET v. SUN PRINTING AND PUBLISHING ASSOCIATION and Another.— Motion granted; question certified. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

TIMES SQUARE IMPROVEMENT COMPANY v. JAMES McCREERY CORPORATION and Another.— Motion denied, with ten dollars costs. Present— Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

In the Matter of I. MORTIMER EISENBERG.—Motion for reinstatement denied. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

In the. Matter of CHARLES J. STEINBERG.— Reference ordered to Hon. Henry A. Gildersleeve, Official Referee. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

THOMAS GILLERAN v. ALBERT S. OWENS. THOMAS GILLERAN v. THOMAS E. COLBY. THOMAS GILLERAN v. SPRINGFIELD L. I. CEMETERY SOCIETY.— Motions for stay granted. Orders to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

MORGAN MUNITIONS SUPPLY COMPANY v. STUDEBAKER CORPORATION.— Motion granted; questions certified. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

EUGENE L. RICHARDS v. LONDON AND LANCASHIRE GUARANTEE AND ACCIDENT COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

In the Matter of SAMUEL S. FIELD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

JAMES S. BARCUS v. WADE H. COOPER.— Injunction granted. · Memorandum per curiam. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

In the Matter of THE CITY OF NEW YORK (Manhattan and The Bronx Rapid Transit Railroad).— Motion granted. Submit findings and order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

In the Matter of THE CITY OF NEW YORK (Brooklyn-Manhattan Rapid Transit Railroad).— Motion granted. Submit findings and order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

ANNA ROSS WEEKS, Respondent, v. JULIA MANLEY WEEKS L'ECLUSE, as Executrix, etc., Appellant.—Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Present — Clarke, P. J. Laughlin, Smith, Page and Shearn, JJ.

LEE A. OCHS, Respondent, v. ALBERT H. WOODS, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event. (See Getty v. Roger Williams Silver Co., 181. App. Div. 413; 168 N. Y. Supp. 155.) Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.